

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-18-00339-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Irene Rios, Justice

The Relator's Motion to Extend Time to File Motion for Rehearing is hereby GRANTED. Time is extended to July 9, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Victor Villarreal presiding.